ACCEPTED
12-14-00117-CV
TWELFTH COURT OF APPEALS
TYLER, TEXAS
10/5/2015 3:30:08 PM
Pam Estes
CLERK

NO. 12-14-00117-CV

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS

10/5/2015 3:30:08 PM
PAM ESTES
Clerk

## IN THE COURT OF APPEALS
## FOR THE TWELFTH DISTRICT OF TEXAS
## AT TYLER, TEXAS

**AMERICAN DREAM TEAM, INC.,**
**Appellant,**

**v.**

**CITIZENS STATE BANK,**
**Appellee.**

**On Appeal from the 173rd District Court**
**Henderson, County, Texas**
**Cause No. 2012-0912**
**(Hon. Dan Moore)**

**AMENDED CERTIFICATE OF CONFERENCE TO APPELLANT'S MOTION FOR EXTENSION OF TIME TO FILE MOTION FOR REHEARING**

**TO THE HONORABLE JUSTICES OF THE TWELFTH COURT OF APPEALS:**

This is to certify that Diana L. Faust, counsel for Appellant, received a telephone call from Scott A. Ritcheson, Ritcheson, Lauffer & Vincent, P.C., counsel for Appellee, on October 5, 2015, regarding Appellant's Motion for Extension of Time to File Motion for Rehearing ("Appellant's Motion). Therein

Mr. Ritcheson advised that he does not oppose the thirty (30) day extension of time to file Appellant's Motion.

Respectfully submitted,

**COOPER & SCULLY, P.C.**

By: /s/Diana L. Faust
    **DIANA L. FAUST**
    diana.faust@cooperscully.com
    Texas Bar No. 00793717
    **KYLE M. BURKE**
    kyle.burke@cooperscully.com
    Texas Bar No. 24073089

900 Jackson Street, Suite 100
Dallas, Texas 75202
Telephone: (214) 712-9500
Facsimile: (214) 712-9540

**ATTORNEY AT LAW**
**JOHN EMMETT**
john-emmett@att.net
Texas Bar No. 06610000
12339 Brittany Circle
Dallas, Texas 75230
Telephone: (972) 851-9904
Facsimile: (972) 851-9905

**ATTORNEYS FOR APPELLANT**
**AMERICAN DREAM TEAM, INC.**

## CERTIFICATE OF SERVICE

I hereby certify that I served a true and correct copy of this Amended Certificate of Conference upon on all counsel of record, via efile, on this the 5th day of October, 2015, at the following address:

Mr. Scott A. Ritcheson                                              **VIA EFILE**
scottr@rllawfirm.net
Ritcheson, Lauffer & Vincent, P.C.
821 ESE Loop 323, Suite 530
Tyler, Texas 75701
**Counsel for Appellee**


 /s/Diana L. Faust
**DIANA L. FAUST**